## Vito Lucarelli, Appellee, v. Dr. R. A. Winters, Appellant.

### Gen. No. 42,627.

opinion filed October 25, 1943; rehearing denied November 9, 1943. Lord, Bissell &

360

Kadyk, for appellant; Maurice S. Weinzelbaum, for appellee; Maurice S. Weinzelbaum, Mayer Goldberg, Geoffrey Fleming and Arnold F. Berger, of counsel. Opinion by PRESIDING JUSTICE O'CONNOR. Not to be published in full.